85 A.3d 976

IN THE MATTER OF GEORGE J. BOTCHEOS, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 006821976).

March 13, 2014.

# ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–140 of **GEORGE J. BOTCHEOS, JR.,** of **VOORHEES,** who was admitted to the bar of this State in 1976;

And the District IV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.8(a) (entering into a business transaction with a client without advising in writing of the desirability of seeking the advice of independent counsel and without obtaining the written consent of the client to the transaction);

And the parties having agreed that respondent's conduct violated *RPC* 1.8(a) and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IV–2012–0025E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **GEORGE J. BOTCHEOS, JR.,** of **VOORHEES** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.